# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH PATTON,

    *Plaintiff,*

vs.

C. BURSON, *et al.*

    *Defendants*.

2:11-cv-01300-KJD-LRL

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff did not attach either. Both an executed financial certificate and an inmate account statement are required.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments.

The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the complaint and pauper forms and instructions.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: August 15, 2011.

_____
KENT J. DAWSON
United States District Judge